# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KAREN ANN OGARA                                                                PLAINTIFF

v.                                   NO. 3:14-cv-00212 PSH

CAROLYN W. COLVIN, Acting Commissioner                                         DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 3rd day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE